R. HENRY BRANOM JR.
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, MT 59401
hank_branom@fd.org
Phone:  (406) 727-5328
Fax:  (406) 727-4329
     Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES STUMP,<br><br>Defendant. | Case No. CR 20-56-GF-BMM<br><br>**DEFENDANT'S MOTION TO ENTER GUILTY PLEA** |

     James Stump, the Defendant, by and through his attorneys, R. Henry Branom Jr., Assistant Federal Defender, and the Federal Defenders of Montana, hereby moves this Honorable Court to allow him to enter a plea of guilty to possession with intent to distribute a controlled substance to person under 21, in violation of 21 U.S.C. §§ 841(a) and 859(a) as charged in Count II of the Indictment in this matter.

The fully executed plea agreement is filed separately with no requirement to seal.

Defendant consents to a referral of the Change of Plea proceedings to a United States Magistrate Judge in accord with Fed.R.Crim.P. 59(b).

RESPECTFULLY SUBMITTED this 30th day of November, 2020.

/s/ R. Henry Branom Jr.

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on November 30, 2020, a copy of the foregoing document was served on the following persons by the following means:

```
1, 2   CM-ECF
_____  Hand Delivery
  3    Mail
_____  Overnight Delivery Service
_____  Fax
_____  E-Mail
```

1. CLERK, UNITED STATES DISTRICT COURT

2. JARED C. COBELL
   Assistant United States Attorney
   Counsel for the United States of America

3. JAMES STUMP
   Defendant

/s/ R. Henry Branom Jr.