# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES STUMP,<br><br>Defendant. | Case No. CR 20-56-GF-BMM<br><br>**ORDER VACATING TRIAL DATE AND SETTING CHANGE OF PLEA HEARING** |

Defendant James Stump, having filed a Motion to Enter Guilty Plea;

IT IS HEREBY ORDERED that the final pretrial conference and jury trial in this matter, presently scheduled for Tuesday, December 15, 2020, beginning at 8:30 a.m., are VACATED;

IT IS FURTHER HEREBY ORDERED that a Change of Plea Hearing shall be and is hereby scheduled for _____, _____, 2020, at _____ p.m.

DATED this \_\_\_\_\_ day of _____, 2020.

_____
BRIAN M. MORRIS
CHIEF UNITED STATES DISTRICT JUDGE