IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DEAN STUMP.<br><br>Defendant. | CR 20-56-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I.   Synopsis

Defendant James Dean Stump (Stump) has been accused of violating the conditions of his supervised release. (Doc. 35). Stump admitted all of the alleged violations. Stump's supervised release should be revoked. Stump should be placed in custody until May 7, 2024, with 71 months of supervised release to follow. Stump shall serve the first 60 days of his supervised release at a secure in-patient drug treatment facility, such as the Connections Corrections Program.

## II.   Status

Stump plead guilty on December 8, 2020, to the offense of to the offense of Possession With Intent To Distribute A Controlled Substance to Person Under 21, in violation of 21 U.S.C. Section 841(a) and 859(a) as charged in Count II of the Indictment. (Doc. 25). Stump was sentenced to 51 months of custody

followed by 72 months of supervised release. (Doc 32). Stump's current term of supervised release began on March 5, 2024. (Doc. 35).

### Petition

The United States Probation Office filed a Petition on March 25, 2024, requesting that the Court revoke Stump's supervised release. (Doc 35). The Petition alleged Stump violated the conditions of his supervised release by: (1) drinking alcohol on March 13, 2024; (2) failing to comply with substance abuse testing requirements on March 18, 2024; (3) failing to comply with substance abuse testing requirements on March 21, 2024; (4) using methamphetamine on March 20, 2024; and (5) consuming alcohol on March 20, 2024, and March 21, 2024.

### Initial Appearance

Stump appeared before the Court on April 23, 2024. Stump was represented by counsel. Stump stated that he had read the petition and that he understood the allegations. Stump waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on April 23, 2024. Stump admitted that he had violated the conditions of supervised release as set forth in the Petition for Warrant for Offender Under Supervision (Doc 35) by: (1) drinking alcohol on March 13, 2024; (2) failing to comply with substance abuse testing requirements on

March 18, 2024; (3) failing to comply with substance abuse testing requirements on March 21, 2024; (4) using methamphetamine on March 20, 2024; and (5) consuming alcohol on March 20, 2024 and March 21, 2024.

Stump's violations are Grade C violations. His criminal history category is II. Stump's underlying offense is a Class B felony. Stump could be incarcerated for up to 36 months. Stump could be ordered to remain on supervised release for up to 72 months, less any custody imposed. The United States Sentencing Guidelines call for a term of custody of 4 to10 months.

### III.   Analysis

Stump's supervised release should be revoked. Stump shall be placed in custody until May 7, 2024, followed by 71 months of supervised release. During the first sixty (60) days of supervised release, Stump shall be placed in a secure input drug treatment facility, such as the Connections Corrections Program. This sentence is sufficient but not greater than necessary.

### IV.   Conclusion

The Court informed Stump that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Stump of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Stump that Judge Morris would consider a timely objection before making a final determination on whether to

revoke his supervised release and what, if any, sanction to impose. Stump stated that he wished to waive his right to object to these Findings and Recommendations, and that he wished to waive his right to allocate before Judge Morris.

The Court **FINDS**:

>That James Dean Stump violated the conditions of his supervised release by had (1) drinking alcohol on March 13, 2024; (2) failing to comply with substance abuse testing requirements on March 18, 2024; (3) failing to comply with substance abuse testing requirements on March 21, 2024; (4) using methamphetamine on March 20, 2024; and (5) consuming alcohol on March 20, 2024 and March 21, 2024.

The Court **RECOMMENDS:**

>That the District Court revoke Stump's supervised release and commit Stump to the custody of the United States Bureau of Prisons until May 7, 2024, with 71 months of supervised release to follow.  During the first sixty (60) days, Stump shall be placed in a secure inpatient drug treatment facility such as the Connections Corrections Program.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C.  Section 636(b)(1).  A United States district court judge will make a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations.  Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocate before a district court judge.

      DATED this 24th day of April, 2024.

John Johnston
United States Magistrate Judge