IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br><br>JAMES DEAN STUMP,<br><br>　　　　　Defendant. | CR-20-56-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 24, 2024. (Doc. 44.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 23, 2024. (Doc. 39.) The United States accused James Dean Stump (Stump) of violating his conditions

of supervised release 1) by drinking alcohol on March 13, 2024; 2) by failing to comply with his substance abuse testing requirements on March 18, 2024;  3) by failing to comply with substance abuse testing requirements on March 21, 2024; and 4) by using methamphetamine on March 20, 2024; and 5) by consuming alcohol on March 2, 2024 and March 21, 2024. (Doc. 35.)

    At the revocation hearing, Stump admitted to having violated the conditions of his supervised release Pipe had admitted he had violated the conditions of his supervised release: (1) drinking alcohol on March 13, 2024; (2) failing to comply with substance abuse testing requirements on  March 18, 2024; (3) failing to comply with substance abuse testing requirements on March 21, 2024; (4) using methamphetamine on March 20, 2024; and (5) consuming alcohol on March 20, 2024 and March 21, 2024. (Doc. 39.) Judge Johnston found that the violations Stump admitted prove serious and warrants revocation of his supervised release and recommends a custodial sentence until May 7, 2024, with 71 months of supervised release to follow, with the first 60 days of his supervised release spent in a secure in-patient drug treatment facility such as Connections Corrections. (Doc. 44.) Stump  was advised of his rights to appeal and allocute to the undersigned and waived those rights.  (Doc. 39.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 44) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant James Dean Stump be sentenced to the Bureau of Prison until May 7, 2024, with 71 months of supervised release to follow, with the first 60 days of supervised release spent in a secure in-patient drug treatment facility such as Connections Corrections.

DATED this 29th day of April, 2024.

_____
Brian Morris, Chief District Judge
United States District Court